FILED
12/17/19 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH J. LETTIERO
DONNA M. LETTIERO
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-23094

Chapter 13

Related to Docket No. 104

ORDER OF COURT

  AND NOW, this ___17th Day of December, 2019___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 14-23094-GLT
Joseph J. Lettiero                                                         Chapter 13
Donna M. Lettiero
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: nsha              Page 1 of 3           Date Rcvd: Dec 17, 2019
                              Form ID: pdf900         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
```
db/jdb         +Joseph J. Lettiero,    Donna M. Lettiero,    1074 Happy Hollow Road,    Elizabeth, PA 15037-2106
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13913020      ++ASCENDIUM EDUCATION SOLUTIONS   INC,    PO BOX 8961,    MADISON WI 53708-8961
               (address filed with court: Navient Solutions, Inc. on behalf of USAF,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430)
13898591       +ATT,   P.O. Box 183068,    Columbus, OH 43218-3068
13898588       +Allegheny Health Network,    PO Box 644650,    Pittsburgh, PA 15264-4650
13898589       +Ally Financial,    c/o Constar Financial Services, LLC,    3561 W Bell Road,
                 Phoenix, AZ 85053-2965
13898592        Barclay Juniper,    PO Box 13337,    Philadelphia, PA 19101-3337
13898594       +Bridgeway Capital, Inc.,    707 Grant Street,    Suite 1920,    Pittsburgh, PA 15219-1945
13898598        Citi Card,   Processing Center,    Des Moines, IA 50363-0005
13952475       #CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
13898599        Citimortgage,   P. O. Box 6243,    Sioux Falls, SD 57117-6243
13942988        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13898604        Emergency Physician of Pittsburgh,    PO Box 347277,    Pittsburgh, PA 15251-4277
14201965        Federal National Mortgage Association,    creditor c/o Seterus, Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
13898605        First Bank Visa NRA,    PO Box 2557,    Omaha, NE 68103-2557
13898609        Home Depot/CBNA,    PO Box 18276,    Columbus, OH 43218-2676
13898610       +IC System,   P.O. Box 64378,    Saint Paul, MN 55164-0378
15051704       +Nationstar Mortgage LLC d/b/a Mr. Cooper,     PO Box 619096,    Dallas, TX 75261-9096
13910573      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,     1620 Dodge Street,    Stop Code 3105,
                 Omaha Ne 68197)
13898615        Sears/CBNA,   PO Box 6282,    Sioux Falls, SD 57117-6282
13898617       +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
13898618        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 18 2019 03:23:31
                 GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI  53708
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:20:56
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2019 03:20:56
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13902406       +E-mail/Text: g20956@att.com Dec 18 2019 03:24:33      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13898590        E-mail/Text: ally@ebn.phinsolutions.com Dec 18 2019 03:23:31       Ally Financial,
                 P O Box 130424,    Roseville, MN 55113-0004
13901126        E-mail/Text: ally@ebn.phinsolutions.com Dec 18 2019 03:23:31
                 Ally Financial serviced by Ally Servicing LLC,     PO Box 130424,    Roseville, MN 55113-0004
13953978       +E-mail/Text: bncmail@w-legal.com Dec 18 2019 03:24:21       CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13898595        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2019 03:22:23       Cabela Club Visa,
                 Worlds Formost Bank,    PO Box 82519,    Lincoln, NE 68501-2519
13898597       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2019 03:21:39       Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
13898596        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2019 03:22:23       Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
13898600        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 18 2019 03:23:45       Comenity Bank Gander MT,
                 PO Box 182782,    Columbus, OH 43218-2782
13898601        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 18 2019 03:23:45       Comenity DressBarn,
                 PO Box 659704,    San Antonio, TX 78265-9704
13902205        E-mail/Text: mrdiscen@discover.com Dec 18 2019 03:23:32       Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13898602        E-mail/Text: mrdiscen@discover.com Dec 18 2019 03:23:32       Discover Financial Service,
                 PO Box 71084,    Charlotte, NC 28272-1084
13898606        E-mail/Text: fnb.bk@fnfg.com Dec 18 2019 03:24:28       First Niagara,    PO Box 28,
                 Buffalo, NY 14240-0028
13905804        E-mail/Text: fnb.bk@fnfg.com Dec 18 2019 03:24:28       First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,    Lockport NY  14095-0514
14918278        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 18 2019 03:23:31
                 GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13959721        E-mail/Text: bankruptcy.bnc@ditech.com Dec 18 2019 03:23:40       Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13898608        E-mail/Text: bankruptcy.bnc@ditech.com Dec 18 2019 03:23:40       Greentree,    PO Box 94710,
                 Palatine, IL 60094
```

```
District/off: 0315-2              User: nsha              Page 2 of 3              Date Rcvd: Dec 17, 2019
                                  Form ID: pdf900         Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13898607        +E-mail/Text: bankruptcy.bnc@ditech.com Dec 18 2019 03:23:40      Greentree,    PO Box 6172,
                 Rapid City, SD 57709-6172
13898611         E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2019 03:22:22      Lowes/GECRB,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
13917535         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 18 2019 03:22:24      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13898612         E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 18 2019 03:20:53      Merrick Bank Visa,
                 PO Box 30537,    Tampa, FL 33630-3537
13898613        +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2019 03:21:37      Old Navy Visa/GECRB,
                 PO Box 960017,    Orlando, FL 32896-0017
14177624         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:22:25
                 Portfolio Recovery Associates, LLC,     PO Box 41067,   Norfolk, VA 23541
13944501         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2019 03:20:56
                 Portfolio Recovery Associates, LLC,     POB 12914,   Norfolk VA 23541
13906059         E-mail/Text: bnc-quantum@quantum3group.com Dec 18 2019 03:23:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA  98083-0788
13900856         E-mail/PDF: rmscedi@recoverycorp.com Dec 18 2019 03:20:56
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13898614        +E-mail/PDF: pa_dc_claims@navient.com Dec 18 2019 03:21:41      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
13898616         E-mail/Text: bankruptcy@sw-credit.com Dec 18 2019 03:24:10      Southwest Credit,
                 4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
13898619        +E-mail/Text: BankruptcyNotice@upmc.edu Dec 18 2019 03:24:34      UPMC Presbyterian,
                 200 Lothrop Street,    Pittsburgh, PA 15213-2536
14851294        +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Dec 18 2019 03:23:31
                 United Student Aid Funds, Inc (USAF),     PO Box 8961,   Madison  WI 53708-8961
13945480         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2019 03:22:24
                 WORLD'S FOREMOST BANK,   CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                               TOTAL: 33

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bridgeway Capital, Inc.
cr              CitiMortgage Inc.
cr              DITECH FINANCIAL LLC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
13918754*       Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13898603*       Discover Financial Service,    PO Box 71084,   Charlotte, NC 28272-1084
13898593       ##Best Buy Credit Services,    PO Box 183195,   Columbus, OH 43218-3195
                                                                                        TOTALS: 4, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                      Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-2          User: nsha               Page 3 of 3              Date Rcvd: Dec 17, 2019
                              Form ID: pdf900          Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:

        Christopher M. Frye    on behalf of Joint Debtor Donna M. Lettiero chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
         ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
         inberg.com
        Christopher M. Frye    on behalf of Debtor Joseph J. Lettiero chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
         ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
         inberg.com
        J. Michael McCague    on behalf of Creditor    Bridgeway Capital, Inc. jmm@gmwpclaw.com
        James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         pabk@logs.com
        Matthew Christian Waldt    on behalf of Creditor    Federal National Mortgage Association
         mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
        Nicole Bernadette Labletta    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         Nlabletta@pincuslaw.com,   brausch@pincuslaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                           TOTAL: 9